**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC LYONS,** | : | **CIVIL ACTION NO. 1:12-CV-1357** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of September, 2012, upon consideration of the Report

and Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 7),

recommending that plaintiff's complaint (Doc. 1) be dismissed without prejudice, and,

following an independent review of the record and noting that plaintiff filed objections[1]

to the report on August 2, 2012 (Doc. 8), and the court finding Judge Carlson's analysis to

be thorough and well-reasoned, and the court finding plaintiff's objections to be without

merit and squarely addressed by Judge Carlson's report (Doc. 7), it is hereby  ORDERED

that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)).  "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'"  Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1.     The Report and Recommendation of Magistrate Judge Carlson (Doc. 7) are ADOPTED.

2.     Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint within twenty (20) days of the date of this order, which must address the deficiencies noted in Judge Carlson's Report and Recommendation.  Failure to file an amended complaint in a timely fashion shall be deemed an abandonment of these claims and this matter shall be dismissed with prejudice.

3.     The above-captioned case is REMANDED to Magistrate Judge Carlson for further proceedings.


   S/ Christopher C. Conner   
CHRISTOPHER C. CONNER
United States District Judge